

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

March 12, 2015

The Honorable Velva L. Price
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-12-00801-CV
        Trial Court Case Number:     D-1-GN-10-003925

Style:   Robertson County: Our Land, Our Lives (RCOLOL); and Roy Henrichson
         v. Texas Commission on Environmental Quality and Oak Grove Management
         Company, LLC

Dear Honorable Velva L. Price:

        The Third Court of Appeals has issued the mandate in this cause.  Therefore, I am returning the following original exhibits:

        8 boxes of administrative record.

                                        Very truly yours,

                                        Jeffrey D. Kyle, Clerk

**Filed in The District Court
of Travis County, Texas**

**MAR 1 2 2015**

At_____M.
**Velva L. Price, District Clerk**